UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAOUL MCFALL,<br><br>                Petitioner,<br><br>-against-<br><br>UNITED STATES OF AMERICA,<br><br>                Respondent. | No. 11 Cr. 4 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of Petitioner Raoul McFall's pro se petition to vacate, set aside, or correct his conviction and sentence pursuant to 28 U.S.C. § 2255.  (See dkt. no. 111.)  The Government shall file any opposition to that petition within thirty days of the date hereof.  After the Government files any opposition papers, Mr. McFall shall have fourteen days to reply.  Chambers will mail a copy of this order to Mr. McFall.

**SO ORDERED.**

Dated:    New York, New York
            May 20, 2020

                                        _____
                                        LORETTA A. PRESKA
                                        Senior United States District Judge